1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   WALT L. SIMMONS,                    )        No. C 09-0318 JSW (PR)
                                        )
9              Plaintiff,               )        ORDER OF DISMISSAL
                                        )
10     v.                               )
                                        )
11  MARTIN J. HERRERA, M. S.            )
    EVANS, D. M. MANTEL, K.             )
12  JONES, G.A. NEOTTI, N.              )
    GRANNIS, S. DEATHRIDGE,             )
13                                      )
               Defendants.              )
14

15

16       Plaintiff, currently incarcerated at Salinas Valley State Prison in Soledad,

California, filed this civil rights complaint regarding the conditions of his confinement at

17 the prison under 42 U.S.C. § 1983.  On May 11, 2009, this Court denied Plaintiff's

18 motion to proceed *in forma pauperis* and ordered Plaintiff to pay the filing fee within

19 thirty (30) days of the Court's order.  In the Court's order, Plaintiff was advised that his

20 failure to comply with the Court's order in a timely fashion would result in the dismissal

21 of this matter for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

22 (*See,* docket no. 3.)  Plaintiff has not responded.

23       A district court may sua sponte dismiss an action for failure to prosecute or to

24 comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See Link v.*

25 *Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir.

26 1991).

27       More than 30 days have passed since the Court's order.  Accordingly, Plaintiff's

28 complaint is hereby dismissed without prejudice for failure to prosecute this matter

1

1   pursuant to Fed. R. Civ. P. 41(b).

2       IT IS SO ORDERED.

3   DATED:  June 22, 2009

    _____
4   JEFFREY S. WHITE
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6    WALTER F. SIMMONS,

Case Number: CV09-00318 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

9    MARTIN J. HERRERA et al,

Defendant.

10 _____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12  Court, Northern District of California.

13  That on June 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17  Walt L. Simmons
Salinas Valley State Prison

18  P78257
P.O. Box 1050

19  Soledad, CA 93960-1050

20  Dated: June 22, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk

21  By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28